**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 28, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00129-CV
_____

**ACE PARKING MANAGEMENT, INC., Appellant**

**V.**

**MAIN STREET PARKING, LIMITED AND BRANTLEY MINOR,**
**Appellees**

**&**

_____

NO.  14-13-00195-CV

_____

**BRANTLY MINOR, Appellant**

**V.**

**ACE PARKING MANAGEMENT, INC., Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50648**

# MEMORANDUM OPINION

These appeals from a judgment signed November 20, 2012. On October 23, 2014, the parties filed an agreed and joint motion to reverse and remand the cause to the trial court. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the judgment is reversed and the cause remanded to the trial court.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.